# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1LIFE HEALTHCARE, INC., AMIR DAN ) <br> RUBIN, PAUL R. AUVIL, MARK S. ) <br> BLUMENKRANZ, BRUCE W. ) <br> DUNLEVIE, KALEN F. HOLMES, DAVID ) <br> P. KENNEDY, FREDA LEWIS-HALL, ) <br> ROBERT R. SCHMIDT, SCOTT C. ) <br> TAYLOR, SB MERGER SUB, INC., and ) <br> IORA HEALTH, INC., ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-06161-JSR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") as moot. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 19, 2021

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*

SO ORDERED
[signature]
US DJ
8-20-21